Morrison Brothers Music

ACTIVE DATACOMM
1508 LEIGHTON DR.
TUPELO, MS 38801

CONN-SELMER, INC.
P.O. BOX 66980
INDIANAPOLIS, IN 46266

HARMON PRO NORTH
AMERICA
P.O. BOX 35174
NEWARK, NJ 07193

ALFRED PUBLISHING CO.
P.O. BOX 51119
LOS ANGELES, CA 90051

CROWN INTERNATIONAL
1718 W. MISHAWAKA RD.
ELKHART, IN 46517

HOHNER, INC.
1000 TECHNOLOGY PARK
GLEN ALLEN, VA 23059

AMERICAN DATA LINK INC
2020 N. MAIN ST.
WASHINGTON, PA 15301

DBX PROFES. PRODUCTS
P.O. BOX 35081
NEWARK, NJ 07193

HORIZON MUSIC, INC.
1162 PAYSPHERE CIR.
CHICAGO, IL 60674

AQUILAUSA, INC.
P.O. BOX 82761
PORTLAND, OR 97282

EMD MUSIC, INC.
P.O. BOX 487
LA VERGNE, TN 37086

HOSHINO (USA), INC.
1726 WINCHESTER
BENSALEM, PA 19020

AUDIO TECHNICA US INC
1221 COMMERCE DR.
STOW, OH 44224

FENDER MUSICAL
INSTRUMENT
P.O. BOX 52567
PHOENIX, AZ 85072

J.I.STRINGS
30013 AHERN AVE.
UNION CITY, CA 94587

BANKPLUS
C/O MIKE MACINNIS ESQ
P.O. BOX 1789
MADISON, MS 39130

FJH MUSIC CO., INC.
2525 DAVIE RD.
SUITE 360
FT. LAUDERDALE, FL 33317

JBL PROFESSIONAL
P.O. BOX 4438
CHURCH ST. STATION
NEW YORK, NY 10261

BOSCH SECURITY SYSTEMS
39318 TREASURY CENTER
CHICAGO, IL 60694

GIBSON GUITAR CORP.
P.O. BOX 277708
COLLEGE PARK, GA 30349

KAMAN MUSIC CORP.
20 OLD WINDSOR RD.
BLOOMFIELD, CT 06002

BREEDLOVE GUITAR CO.
2843 NW LOLO DR.
BEND, OR 97701

GODLYKE DISTRIBUTING
46 MARLBORO RD.
CLIFTON, NJ 07012

KOROG USA, INC.
316 S. SERVICE RD.
MELVILLE, NY 11747

BUFFET CRAMPON USA
10949 PENDLETON ST.
SUN VALLEY, CA 91352

HAL LEONARD PUBLISHING
P.O. BOX 227
WINONA, MN 55987

LINE 6
P.O. BOX 100013
PASADENA, CA 91189

Morrison Brothers Music, Inc. -

MUSICNOMAD
19432 LOVALL VALLEY CT
SONOMA, CA 95476

YAMAHA CORPORATION
P.O. BOX 13861
NEWARK, NJ 07188

ODYSSEY INNOVATIVE D
DESIGN
155 N. ASPAN AVE.
AZUSA, CA 91702

YELLOW BOOK SOUTHERN
DIRECTORY
2560 RENAISSANCE BLVD.
KING OF PRUSS, PA 19406-9300

ORANGE MUSIC ELECTRONI
2065 PEACHTREE INDUST.
COURT, SUITE 208
ATLANTA, GA 30341

PEAVEY ELECTRONICS
P.O. BOX 403801
ATLANTA, GA 30384

RENKUS-HEINZ, INC.
19201 COOK ST.
FOOTHILL RANCH, CA 92610

ROLAND CORPORATION
P.O. BOX 512959
LOS ANGELES, CA 90051

SBA
C/O DAVID N. USRY ESQ
501 E. COURT ST #4-430
JACKSON, MS 39201

SOUTHCOAST MUSIC
DISTRIBUTION
P.O. BOX 21686
FT. LAUDERDALE, FL 33335

THE MUSIC PEOPLE
154 WOODLAWN RD.
SUITE C
BERLIN, CT 06037